**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**RHODE ISLAND AND SOUTHEASTERN MASSACHUSETTS CHAPTER OF THE NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION**

**v.** **C.A. No. 08-150T**

**INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION N0. 99**

## ANSWER TO COUNTERCLAIM

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted.
8. Admitted.
9. Admitted.
10. Admitted that on or about October 4, 2007 the Management Trustees on the Local 99 Retirement Trust Fund filed suit against the Union Trustees in the United States District Court of Rhode Island, C.A. No. 07-371T. The remaining allegations are neither

admitted nor denied as the pleadings in that civil action speak for themselves.

11. Admitted that no formal vote regarding the pension application of Mr. Badessa was had and that the Management Trustees expressed a desire to grant the application in full. The plaintiff is without knowledge as to the allegation made in paragraph 11 that the Union Trustees believed the plan required denial of at least part of Mr. Badessa's application, and, as such, leave defendant to its proof.

12. Admitted.

13. Admitted.

14. Admitted.

15. Admitted.

16. Denied.

17. Denied.

WHEREFORE, Plaintiff demands that the Defendant's counterclaim be dismissed with prejudice and that the court award reasonable attorney's fees and costs, as well as such other relief as this Honorable Court deems fit and just.

**AFFIRMATIVE DEFENSES**

1. The counterclaim should be dismissed for failure to state a claim.

2. The Plaintiff incorporates by reference any and all claims set forth in its complaint herein.

WHEREFORE, Plaintiff demands that the Defendant's counterclaim be dismissed with prejudice and that the court award reasonable attorney's fees and costs, as well as such other

relief as this Honorable Court deems fit and just.

Respectfully submitted,
Plaintiff/Counterclaim Defendant,
By its Attorneys,

/s/ David L. Fine, Esq.

Girard Visconti, Esq. (#0566)
David L. Fine, Esq. (#7368)
Visconti & Boren Ltd.
55 Dorrance Street
Providence, RI 02903
(401) 331-3800 (Telephone)
(401) 421-9302 (Facsimile)

## CERTIFICATION

I hereby certify that I electronically filed the within Answer to Counterclaim on June 2, 2008. The Answer to Counterclaim is available for viewing and downloading from the Court's Electronic Case Filing system. Service on Marc B. Gursky, Esq. and Elizabeth Wiens, Esq. has been effectuated by electronic means.

/s/ David L. Fine